UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>DAVID FUHRMANN<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:25-CR-10066-001-NMG |

**NOTICE OF ATTORNEY APPEARANCE**

Please enter the appearance of Annapurna Balakrishna, Assistant United States Attorney, as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney

LEAH B. FOLEY
United States Attorney

By: /s/ Annapurna Balakrishna
ANNAPURNA BALAKRISHNA
Assistant United States Attorney
One Courthouse Way Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Fax No. (617) 748-3972
Annapurna.Balakrishna@usdoj.gov

Date: May 11, 2026